IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.:  3:12cr7/MCR

KRYSTLE  JOY DEUZ

_____/

**ACCEPTANCE OF PLEA OF GUILTY**

    Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Fed.R.Crim.P. 11(c)(3), the plea of guilty of the defendant, KRYSTLE  JOY DEUZ, to the one count indictment against her is hereby ACCEPTED.  All parties shall appear before this court for sentencing as directed.

    **DONE AND ORDERED** this 19th day of February, 2012.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**